UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR WILFEDO ALVAREZ-GONZALEZ (A-Number: 246-060-996),<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>Respondents. | No.  1:26-cv-02188-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DENYING RESPONDENTS' MOTION TO DISMISS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 8 |

Petitioner Cesar Wilfedo Alvarez-Gonzales is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition.  Doc. 8.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On April 30, 2026, respondents filed a one-sentence objection, objecting "[f]or the reasons set forth in Respondents' previous briefing."  Doc. 9.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1. The findings and recommendations issued on April 30, 2026, Doc. 8, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents' motion to dismiss, Doc. 6, is DENIED.

4. Respondents are ORDERED to provide petitioner with a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations within seven (7) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing.  If respondents do not provide him with a bond hearing within seven days, respondents must release him.

5. The Clerk is directed to serve Mesa Verde Detention Center with a copy of this Order.

6. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:   May 4, 2026

_____
UNITED STATES DISTRICT JUDGE

2